IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * * * | 4:18-CR-00033 |
| Plaintiff, | * * | |
| v. | * * | |
| EXAVORY DWAYNE RANKINS, | * * | ORDER DENYING COMPASSIONATE RELEASE |
| Defendant. | * * | |

Before the Court is Defendant Exavory Dwayne Rankins's pro se Motion for Sentence Reduction, filed June 10, 2020. ECF No. 61. Defendant seeks compassionate release under 18 U.S.C. § 3582(c)(1)(A). The Government filed its resistance on July 2. ECF No. 64. The matter is fully submitted.

Section 3582(c)(1)(A)'s gatekeeping provision requires that prisoners petition the Federal Bureau of Prisons (BOP) for compassionate release before making a motion to the district court. § 3582(c)(1)(A). The statute allows such a motion to federal courts after the defendant exhausts "all administrative rights to appeal a failure of the [BOP] to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." *Id.* Either way, Congress directed defendants to ask their wardens for compassionate release before they ask federal judges.[1]

Here, Defendant has made no showing that he first requested compassionate release from his warden. The Government confirmed the BOP never received a request. ECF No. 64 ¶ 8.

---

[1] The Court maintains this gatekeeping provision can be waived by the Government, *see United States v. Alam*, 960 F.3d 831, 834 (6th Cir. 2020), and, in some circumstances, courts, *see United States v. Brown*, No. 4:05-CR-00227-1, 2020 WL 2091802, at *4 n.7 (S.D. Iowa Apr. 29, 2020), *but see United States v. Raia*, 954 F.3d 594, 597 (3d Cir. 2020). Neither exception applies here. The Government made no such waiver, ECF No. 64, and Defendant offers no evidence that would justify a waiver.

Defendant's pro se Motion is thus DENIED without prejudice.

IT IS SO ORDERED.

Dated this 15th day of July 2020.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT